IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3056 |
| vs. | ORDER |
| COREY J. HAYES, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for modification of curfew, (Filing No. 20), is granted.

2) Defendant must be home by 10:30 each evening, or as directed by the supervising officer.

3) All other conditions of pretrial release are unchanged and remain in effect.

October 5, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge